UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.                            Case No.   2:04-cv-105-FtM-29DNF

KS ADVISORS, INC., KS CONDOR PARTNERS, LTD, II, DAMIAN PARTNERS, LLC, SCOTT FINE, KEVIN BOYLE,

        Defendants.
_____

**ORDER**

     This matter comes before the Court on the Receiver's Second Motion for Order Awarding Fees and Reimbursement of Costs to Receiver and Professionals (Doc. #157), filed on August 31, 2005. The Receiver seeks reimbursement of fees and costs incurred as follows: (1) The Receiver: $109,820.00 in fees and $962.49 in costs; (2) Holland & Knight LLP: $278,620.50 in fees and $28,064.94 in costs; (3) Grant Thornton: $45,546.25 in fees and $2,230.75 in costs; and (4) Kapila & Co.: $191,879.60 in fees and $6,735.95 in costs.  Having reviewed the Declarations and attached billing statements, the Court finds that the fees requested and the hourly rate are reasonable.  The Court will also allow the requested costs.

    Accordingly, it is now

    **ORDERED:**

1.  The Receiver's Second Motion for Order Awarding Fees and Reimbursement of Costs to Receiver and Professionals (Doc. #157) is **GRANTED** and the following fees and costs are awarded:  The Receiver: $109,820.00 in fees and $962.49 in costs; Holland & Knight LLP: $278,620.50 in fees and $28,064.94 in costs; Grant Thornton: $45,546.25 in fees and $2,230.75 in costs; and Kapila & Co.: $191,879.60 in fees and $6,735.95 in costs.

2.  The following fees and costs may be disbursed as follows based on the Declaration of Soneet R. Kapila (Doc. #157, Ex. B, p. 5) and Summary of Professional fees (Doc. #157, Ex. F): $14,702.00 in fees and $2,172.31 in costs from KS Advisors; $124,743.00 in fees and $3,463.17 in costs from KS Condor Partners; and $52,434.60 in fees and $1,100.47 in costs from Damian Partners.

3.  The Receiver shall advise the Court as to the how the remaining disbursements should be made from the Receiver entities by filing a Motion for the remaining disbursements.

**DONE AND ORDERED** at Fort Myers, Florida, this __19th__ day of September, 2005.

                                                                               _____
                                                                               JOHN E. STEELE
                                                                               United States District Judge

Copies:
Receiver
Counsel of record